UNITED STATES DISTRICT COURT
DISTRICT OF ~~COLUMBIA~~ Columbia

~~AMENDED~~

## CIVIL RIGHTS COMPLAINT

**FILED**
NOV - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Andre J. Twitty
18558-018    USP-Max
POB 8500 Florence, CO 81226-8500
Plaintiff(s),
(Full name(s) and prisoner number(s) if incarcerated)
(Do not use *et al.*)

v.

United States of America

Case No. ~~06-5-2175~~ ~~05-cv-1346(b)~~
~~TRT 2005-182~~
TRT NCR 2006-01979

CASE NUMBER  1:06CV01866
JUDGE: Unassigned
DECK TYPE: Pro se General Civil
DATE STAMP: 11/01/2006

_____
Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

### A. PARTIES

1. Andre J. Twitty is a citizen of Florida who
   (Plaintiff)                    (State)
presently resides at USP Max POB 8500 Florence Co. 81226-8500
   (mailing address or place of confinement)
If plaintiff is incarcerated, provide inmate number: 18558-018

2. Defendant United States of America is a citizen of N/A
      (name of first defendant)                (State)
whose address is N/A

and who is employed as N/A

**RECEIVED**
OCT 16 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? X Yes ____No. If your answer is "Yes," briefly explain:

Gov.

3. Defendant N/A is a citizen of ____
(name of second defendant) (State)

whose address is N/A

and who is employed as ____.
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ____Yes ____No. If your answer is "Yes," briefly explain:

N/A

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

NA 42 U.S.C. § 1983 (applies to state prisoners)

NA ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

28 USC 2671, 2675(a) 1346(b)

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. Tort against the U.S. Government for the "Intentional Infliction of Emotional Distress" arising out of the "Acts or Omissions" of the Investigative or law enforcement agents failure to investigate the obstruction of justice by agents of the F.B.I, U.S Attorney's office and Judges of the Eleventh Circuit - U.S. Court of Appeals - Atlanta

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Malicious Prosecution / Abuse of Process / failure to investigate Emotional Distress, $1^{st}, 4^{th}, 5^{th}, 8^{th}, 13^{th}$ & 14th Amendment Rights.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Agents of the F.B.I (Washington D.C.) failure to investigate the Criminal violations of F.B.I Agents Steven Lazarus & Daniel Morrison (ATL) As well as Asst. U.S. Attorney David M. Leta (ATL) for their (1) Conspiracy against rights (2) obstruction of Justice (3) false declaration in a Grand Jury has given rise to the infliction of emotional distress. David M. Leta & F.B.I Agents Lazarus and Morrison told a grand jury that Plaintiff had threaten Police in "Minnesota". Then after trial changed the theory to "Presumably" (exhibit " ") when the withheld notes of gov. witness tracy christensen surfaced (exhibit 2-) Proving: (1) No Probable Cause (2) No Federal Jurisdiction ever existed (3) Cover-up!

**Claim II:** N/A

3

_____  N/A  _____
_____

Supporting Facts:




**Claim III:**  _____  N/A  _____
_____

Supporting Facts:

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
____Yes ____No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a. Parties to previous lawsuit:

Plaintiff(s): _Twitty_

Defendant(s): _Bush et al._

   b. Name and location of court and docket number _05 cv 0198-EGS_

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) _On Appeal_

   d. Issues raised: _Abuse of Process / RICO_


   e. Approximate date of filing lawsuit: _27 January 2005_

   f. Approximate date of disposition: _Pending on Appeal_


2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.  _X_ Yes ____ No.

If your answer is "Yes," briefly describe how relief was sought and the results.

_Filed tort claim_




3. I have exhausted available administrative remedies. _X_ Yes ____ No.
   If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion.
   If your answer is "No," briefly explain why administrative remedies were not exhausted.

_attach_

5

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."
   If you are not incarcerated, go to section G.

   a. Parties to previous lawsuit:

   Plaintiff(s): _____Crit_____

   Defendant(s): ____Mickey Ray_____

   b. Name and location of court and docket number  ov-13968-00

   c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.    Cover-up

   d. Approximate date of filing lawsuit: ____2006____

   e. Approximate date of disposition: ____2006____

2. Are you in imminent danger of serious physical injury? __X__ Yes _____ No.
   If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument. Still having pain in my broken jaw and hernia. No medical treatment by prison staff.

## G. REQUEST FOR RELIEF

I request the following relief:    Justice

6

### H. JURY DEMAND

Do you wish to have a jury trial?  Yes ✗    No_____

_____        _____
Original signature of attorney (if any)    Plaintiff's Original Signature

_____N/A_____

_____
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at ___USP May___ on ___26 Sept 06___.
              (location)             (date)

_____
Plaintiff's Original Signature



U.S. Department of Justice
**Federal Bureau of Prisons**
**North Central Region**

---

Kansas City, KS 66101-2492

April 20, 2006

MEMORANDUM FOR **TWITTY, ANDRE (18558-018)**
United States Penitentiary, Administrative Maximum
Florence, Colorado

FROM: DARYL KOSIAK, Regional Counsel

SUBJECT: Tort Claim TRT-NCR-2006-01979
Alleged Personal Property claim: $8,000,000,000.00

Certified Mail Receipt No: 7005 1820 0002 7698 5664

Your above referenced tort claim has been considered for administrative review pursuant to 28 CFR § 0.172, <u>Authority: Federal Tort Claims</u> and 28 CFR Part 14, <u>Administrative Claims Under Federal Tort Claims Act</u>. Investigation of your claim did not reveal that you suffered any loss of personal property as a result of the negligent acts or omissions of Bureau of Prisons employees acting within the scope of their employment.

As a result of this investigation, your claim is denied. This memorandum serves as a notification of final denial under 28 CFR § 14.9, <u>Final Denial of Claim</u>. If you are dissatisfied with our agency's action, you may file suit in an appropriate U.S. District Court no later than 6 months after the date of mailing of this notification.

06 1866

**FILED**

NOV - 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

111 Tejon Street, #600
Colorado Springs, Co. 80903
December 23, 2005

Mr. A. J. Twitty
Reg # 18558-018
U.S. Penitentiary Max
P.O. Box 8500
Florence, Colorado 81226-8500

Dear Mr. Twitty:

    Your recent communication to the Federal Bureau of Investigation (FBI) has been received, and based on the information you provided, no violation within the investigative jurisdiction of the FBI could be identified. As much as we would like to assist you, the FBI has no authority to conduct an investigation in the absence of an indication that a Federal law within our jurisdiction has been violated.

    You may, however, wish to continue to bring your concerns to the attention of the warden that oversees the institution where you reside.

Sincerely,

Richard C. Powers
Special Agent in Charge

*Daniel F Bradley*

By:
DANIEL F. BRADLEY
Senior Supervisory Resident Agent

F.B.I.
265 Parkside Dr
Suite #200
Colorado Springs, CO. 80910

Re; Request into a violation of 18USC109(A) By B.O.P. Staff.

To Whom It May Concern;

Pursuant to 28CFR.055 Plaintiff is requesting an official investigation into the criminal violation of 18USC109(A), by Fed. B.O.P. Staff member A. Clark. (See attached statement) Failure to do so by the F.B.I. will result in another 28USC2671-Tort action filed against this office. For the "Intentional Infliction of Emotional Distress" for the sum of $1 Billion Dollars. As is pending in the United States District Court - Bridgeport CT.

And will further result in a "BIVENS" against the "individuals" of these office for their "deliberate indifference". if failure to do so. for the sum certain of $15 Million Dollars per individual. E.O.S

I await your response.

                              [signature]
                              Pro Se   18558-018
                                    this 7th day of Oct 2005

cc: Civil Rights Div. Wash. P.C.
cc: own file