**UNITED STATES DISTRICT COURT
FOR THE ~~NORTHERN~~ DISTRICT OF ~~Georgia~~ Columbia**

Andre J. Twitty
Plaintiff/Petitioner,

v.

USAmerica
Defendant/Respondent.

: AFFIDAVIT IN SUPPORT OF
: REQUEST TO PROCEED
: IN FORMA PAUPERIS; AUTHORIZED
: WITHDRAWAL FORM; CERTIFIED
: AFFIDAVIT OF INMATE ACCOUNT
: STATUS.

FILED
NOV - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 1866

## AFFIDAVIT AND AUTHORIZATION
## FOR WITHDRAWAL FROM INMATE ACCOUNT

I, Andre J. Twitty, being first duly sworn or under penalty of perjury, affirm and say that I am the plaintiff/petitioner in the above-styled action; that in support of my motion to proceed without prepayment of fees or costs or give security therefor pursuant to Title 28 U.S.C. § 1915 (a)(1), I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor.

I further swear or affirm that the responses which I have made to the questions below are true.

1. Are you presently employed? Yes ( ) No (X)
   a. If employed, state the amount of your salary or wages per month and give the address of your employer. __NA__
   b. If you are not currently employed, state the date of your last employment and the amount of salary or wages received. __June 1998__  __$650.00__

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or self-employment?  Yes( ) No(X)
   b. Rent payments, interest or dividends?  Yes( ) No(X)
   c. Pensions, annuities or life insurance?  Yes( ) No(X)
   d. Gifts or inheritances?  Yes( ) No(X)
   e. Any other source?  Yes( ) No(X)

   If you answered yes to any of the above, describe each source and state the amount received from each. __NA__

3. Do you own any cash, or do you have money in a checking or savings account? (Include funds in prison account.)
   Yes ( ) No ( ) If the answer is yes, state the total value of items owned. __NA__

RECEIVED
OCT 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furniture and clothing?
Yes ( )   No ( )   If the answer is yes, describe the property and state its approximate value.

N/A

5. List the persons who are dependent upon you for support, state your relationship to each person, and indicate how much you contribute toward their support.

N/A

## AUTHORIZATION FOR ACCOUNT WITHDRAWAL

I hereby authorize my custodian and his/her designee to withdraw funds from my inmate account and to transmit the same to the Clerk, United States District Court to be applied to the filing fee which I am required to pay in connection with this case. This authorization shall apply to any institution in which I am or may be confined.

Executed this 26 day of September 2006.

_____
Signature of Plaintiff/Petitioner

**PLAINTIFF/PETITIONER IS REQUIRED TO SUBMIT WITH THIS AFFIDAVIT AND AUTHORIZATION A CERTIFIED COPY OF HIS/HER INMATE ACCOUNT STATEMENT FOR THE SIX MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THIS COMPLAINT.**

## CERTIFICATE

I hereby certify that the plaintiff/petitioner herein has a current balance of $_____ in his/her inmate account at the _____ Institution. Plaintiff has an average monthly balance for the preceding six months of $_____, and the average monthly deposits to said account for the preceding six months are $_____. I further certify that plaintiff has the following assets to his/her credit according to the records of this institution: _____

_____
Date

_____
Authorized Officer of Institution

☆U.S. GOVERNMENT PRINTING OFFICE: 1997 - 536-555/60025



## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 4633 |
| PAC #: | |
| FRP Participation Status: | No Obligation |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 11/23/2005 |
| Local Account Activation Date: | 11/24/2005 3:13:51 AM |
| Sort Codes: | |
| Last Account Update: | 9/25/2006 12:11:54 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $0.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.00 |
| National 6 Months Deposits: | $0.00 |
| National 6 Months Withdrawals: | $0.00 |
| National 6 Months Avg Daily Balance: | $0.00 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $0.00 |

Inmate Qualifies for OTC Medication

*[Signature]* Case Manager
Verification

http://140.1.82.16/umr/InmateInquiryCombined.aspx

06-1866
FILED
NOV - 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This Inmate is Indigent

## Commissary History

### Purchases

Validation Period Purchases: $0.00
YTD Purchases: $0.00
Last Sales Date: No Comm Sales

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $215.00
Expended Spending Limit: $0.00
Remaining Spending Limit: $215.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

*[signature]*

*Verification*

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|
| ADX RESTRICTION | Permitted List | 5/12/2006 | 3/15/2020 | FLP0005 | Yes |

## Comments

Comments: